# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GREGORY RUSSELL and § <br> STEPHANIE HENDERSON § <br> § <br> *Plaintiffs,* § <br> § <br> VS. § <br> § <br> XING MENG DU and GOLDEN § <br> WHEEL LOGISTICS, INC. § <br> § <br> *Defendants.* § | CIVIL ACTION <br><br> NO. 2:23-cv-00332-JRG |

## ORDER OF DISMISSAL

Having received the Joint Stipulation of Dismissal (Dkt. No. 10), the Court finds that all matters in controversy have been fully and finally resolved and settled, and that the above entitled and numbered action should be dismissed with prejudice to refiling in any form, with court costs to be taxed against the party incurring same.

It is, therefore, ORDERED, ADJUDGED, AND DECREED that the above entitled and numbered cause be, and same hereby is, dismissed with prejudice to refiling in any form. Court costs are hereby taxed against the party incurring same.

**So ORDERED and SIGNED this 27th day of September, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE